UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
          :
**NATIONAL CREDIT UNION**
**ADMINISTRATION BOARD,** *et al.*,   :

      **Plaintiffs,**         :

    v.                    :

**U.S. BANK NATIONAL ASSOCIATION,** *et al.*  :

      **Defendants.**      :

------------------------------------------------------------ X

No. 18-cv-11366 (LLS)

Hon. Louis L. Stanton

ECF CASE

### NOTICE OF U.S. BANK NATIONAL ASSOCIATION'S
### MOTION TO DISMISS PLAINTIFFS' COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of U.S. Bank National Association's Motion to Dismiss Plaintiffs' Complaint, Declaration of David F. Adler in Support of U.S. Bank National Association's Motion to Dismiss Plaintiffs' Complaint, and all prior proceedings and matters of record in this case, Defendant U.S. Bank National Association, by and through its undersigned counsel, will move the Court before the Honorable Louis L. Stanton, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, Courtroom 21C, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint filed by Plaintiffs, the National Credit Union Administration as liquidating agent and Graeme W. Bush as separate

trustee, and granting such other and further relief as the Court deems just and proper under the circumstances. Oral argument is requested.

PLEASE TAKE FURTHER NOTICE that, pursuant to the so-ordered deadlines entered by the Court on January 8, 2019 (ECF No. 14), any opposing papers shall be served by April 1, 2019, and any reply papers shall be served by May 3, 2019.

Dated:   February 28, 2019

Respectfully submitted,

/s/ David F. Adler

JONES DAY
David F. Adler (admitted *pro hac vice*)
Louis A. Chaiten (admitted *pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
(216) 586-3939; (216) 579-0212 (fax)
dfadler@jonesday.com
lachaiten@jonesday.com

Michael T. Marcucci (admitted *pro hac vice*)
100 High Street, 21st Floor
Boston, Massachusetts  02110-1781
(617) 960-3939; (617) 449-6999 (fax)
mmarcucci@jonesday.com

Samuel L. Walling
90 South Seventh Street, Suite 4950
Minneapolis, Minnesota  55402
(612) 217-8800; (844) 345-3178 (fax)
swalling@jonesday.com

Albert J. Rota
Andrew S. Kleinfeld
250 Vesey Street
New York, New York  10281-1047
(212) 326-3939; (212) 755-7306 (fax)
ajrota@jonesday.com
askleinfeld@jonesday.com

*Attorneys for Defendant U.S. Bank National Association*

**CERTIFICATE OF SERVICE**

    I, David F. Adler, certify that on February 28, 2019, I caused the foregoing Notice of U.S. Bank National Association's Motion to Dismiss Plaintiffs' Complaint to be served upon all counsel of record by electronic delivery via the ECF system.

                                            /s/ David F. Adler
                                            David F. Adler