ORIGINAL



```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL CREDIT UNION ADMINISTRATION
BOARD and GRAEME W. BUSH,

                    Plaintiffs,        18 Civ. 11366 (LLS)

        - against -                         ORDER

U.S. BANK NATIONAL ASSOCIATION,

                    Defendants.
```

Before this Court makes a determination regarding the proper timing of expert discovery, the parties are directed to supplement their October 21, 2020 letter by identifying the following:

1. The issues the parties expect will be capable of resolution by summary judgment (i.e., no genuine dispute as to any material fact) (a) now (with no additional discovery), (b) at the close of fact discovery (currently set for July 30, 2021), or (c) with additional, short term expert discovery;

2. The nature and scope of expert discovery on the issues identified in 1(c); and

3. If summary judgment obviates the need for trial as to the issues identified above, then (a) specify the remaining issues for trial, (b) which of those require expert testimony, and (c) how long it will take to compile experts' reports on those issues.

-2-

The parties are directed to respond by December 14, 2020.

   So ordered.

Dated:    New York, New York
            November 16, 2020

                                              *Louis L. Stanton*
                                              LOUIS L. STANTON
                                                  U.S.D.J.