ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: No. 18-cv-11366 (LLS)
:
NATIONAL CREDIT UNION :
ADMINISTRATION BOARD, as liquidating agent : Hon. Louis L. Stanton
of U.S. Central Federal Credit Union, Western :
Corporate Federal Credit Union, and Southwest :
Corporate Federal Credit Union, : ECF CASE
:
Plaintiffs, :
:
v. :
:
U.S. BANK NATIONAL ASSOCIATION, :
:
Defendant.
---------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/21

### STIPULATION AND [PROPOSED] ORDER OF
### PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)

**WHEREAS**, on April 13, 2020, Plaintiffs filed their Fourth Amended Complaint (ECF No. 86) in the above-captioned action, asserting claims against Defendant U.S. Bank National Association concerning the 50 RMBS trusts identified in Exhibit A to the Fourth Amended Complaint (ECF No. 86-1), for which U.S. Bank serves as trustee.

**WHEREAS**, on August 31, 2021, counsel for Plaintiffs informed counsel for U.S. Bank via email that it intended to file a Fifth Amended Complaint, asserting claims concerning only 20 of the 50 trusts included in Exhibit A to the Fourth Amended Complaint.

**WHEREAS**, on September 14, 2021, Plaintiffs filed their Fifth Amended Complaint (ECF No. 128) in the above-captioned matter, asserting claims against U.S. Bank concerning the

20 RMBS trusts identified in Exhibit A to the Fifth Amended Complaint (ECF No. 128-1), for which U.S. Bank serves as trustee.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by and among counsel for Plaintiffs and counsel for U.S. Bank that:

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated that all claims and causes of action alleged against U.S. Bank in the above-captioned action pertaining to the 30 RMBS trusts identified below are hereby dismissed with prejudice, with each side to bear its own costs and attorneys' fees. Nothing herein shall affect any remaining claim of Plaintiffs against U.S. Bank.

| Dismissed Trusts |
| --- |
| ARMT 2007-2 |
| BAFC 2005-H |
| HEAT 2006-8 |
| HVMLT 2005-10 |
| MABS 2006-HE4 |
| SASC 2006-BC3 |
| WAMU 2006-AR11 |
| WAMU 2006-AR12 |
| WAMU 2006-AR13 |
| WAMU 2006-AR14 |
| WAMU 2006-AR15 |
| WAMU 2006-AR16 |
| WAMU 2006-AR17 |
| WAMU 2006-AR19 |
| WAMU 2006-AR7 |
| WAMU 2006-AR9 |
| WAMU 2007-OA1 |
| WAMU 2007-OA2 |
| WAMU 2007-OA6 |
| WMALT 2005-AR1 |
| WMALT 2006-5 |
| WMALT 2006-AR2 |
| WMALT 2006-AR3 |
| WMALT 2006-AR5 |

| Dismissed Trusts |
| --- |
| WMALT 2006-AR6 |
| WMALT 2007-OA1 |
| WMALT 2007-OA4 |
| WMALT 2007-OA5 |
| WMALT 2007-OC2 |
| WMLT 2006-ALT1 |

**SO ORDERED:**

*Louis L. Stanton*                                Date: Sept. 24, 2021

The Honorable Louis L. Stanton
United States District Judge

Date: September 22, 2021

/s/ *John A. Libra*

KOREIN TILLERY LLC
George A. Zelcs
John A. Libra
Matthew C. Davies
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
(312) 641-9760; (312) 641-9751 (fax)
gzelcs@koreintillery.com
jlibra@koreintillery.com
mdavies@koreintillery.com

KOREIN TILLERY LLC
Stephen M. Tillery
505 North Seventh Street
Suite 3600
St. Louis, Missouri 63101-1625
(314) 241-4844; (314) 241-3525 (fax)
stillery@koreintillery.com

KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.
David C. Frederick
Scott K. Attaway
Matthew M. Duffy
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900; (202) 326-7999 (fax)
dfrederick@kellogghansen.com
sattaway@kellogghansen.com
mduffy@kellogghansen.com

WOLLMUTH MAHER & DEUTSCH LLP
Steven S. Fitzgerald
500 Fifth Avenue, 12th Floor
New York, NY 10110
(212) 382-3300; (212) 382-3300 (fax)
sfitzgerald@wmd-law.com

*Attorneys for the National Credit Union Administration Board as liquidating Agent*

4

Respectfully submitted,

Date:   September 22, 2021

/s/   David F. Adler

JONES DAY
David F. Adler (admitted *pro hac vice*)
Louis A. Chaiten (admitted *pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
(216) 586-3939; (216) 579-0212 (fax)
dfadler@jonesday.com
lachaiten@jonesday.com

Michael T. Marcucci (admitted *pro hac vice*)
100 High Street, 21st Floor
Boston, Massachusetts  02110-1781
(617) 960-3939; (617) 449-6999 (fax)
mmarcucci@jonesday.com

Albert J. Rota
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
(214) 220-3939; (214) 969-5100 (Fax)
ajrota@jonesday.com

Samuel L. Walling (admitted *pro hac vice*)
90 South Seventh Street, Suite 4950
Minneapolis, Minnesota  55402
(612) 217-8800; (844) 345-3178 (fax)
swalling@jonesday.com

*Attorneys for Defendant U.S. Bank National Association*