UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL CREDIT UNION ADMINISTRATION
BOARD and GRAEME W. BUSH,

        Plaintiffs,

- against -

U.S. BANK NATIONAL ASSOCIATION,

        Defendant.

18 Civ. 11366 (LLS)

ORDER

On review of their requests filed January 12, 2022, the parties have leave to file their proposed motions for partial summary judgment.

So ordered.

Dated:    New York, New York
           January 14, 2022

                                          /s/ Louis L. Stanton
                                          LOUIS L. STANTON
                                              U.S.D.J.