UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
NATIONAL CREDIT UNION : No. 18-cv-11366 (LLS)
ADMINISTRATION BOARD, as Liquidating :
Agent of U.S. Central Federal Credit Union, :
Western Corporate Federal Credit Union, and :
Southwest Corporate Federal Credit Union, :
 :
                Plaintiffs, :
 :
    v. :
 :
U.S. BANK NATIONAL ASSOCIATION, :
 :
                Defendant. :
 :
------------------------------------------------------------- x

**[PROPOSED] STIPULATION AND ORDER REGARDING
THE AUTHENTICITY AND ADMISSIBILITY OF CERTAIN DOCUMENTS**

WHEREAS, Plaintiffs National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union and Defendant U.S. Bank National Association ("Defendant," and together with Plaintiff, the "Parties") agree that stipulating to the authenticity and admissibility as business records of certain documents would reduce costs and expenses in this action and streamline discovery, motion practice, and trial for the Parties and the Court;

WHEREAS, third-parties Bank of America, N.A. and Countrywide Home Loans, Inc. (together, the "Bank of America Entities") have produced loan files and related underwriting guidelines in response to subpoenas served by the Defendant;

WHEREAS, third-party BlackRock Solutions LLC ("BlackRock") has produced financial analyses and projections it created for NCUA in response to a subpoena served by the Defendant;

WHEREAS, the Parties have met and conferred regarding the following records which the Parties agree are authentic and admissible as business records;

WHEREAS, the Parties agree that this Stipulation and Proposed Order may be used in connection with only the above-captioned matter, and may not be used in any other case, action, or proceeding, or for any other purpose;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and hereby ordered by the Court as follows:

1. The Parties agree that mortgage loan origination files and underwriting guidelines produced by the Bank of America entities in this action as BANA_NCUA_US BANK_US BANK SUBPOENA_00000001 through BANA_NCUA_US BANK_US BANK SUBPOENA_00321309 and CW_NCUA_US BANK_US BANK SUBPOENA_00000001 through CW_NCUA_US BANK_US BANK SUBPOENA_00039221 are authentic and are business records in accordance with FRE 803(6) of the entity producing such documents; the Parties accordingly waive any objections regarding the authenticity and their qualification as business-records in accordance with FRE 803(6) of such documents. For the sake of clarity, the Parties reserve the right to object or seek to exclude these documents on any basis other than authenticity and business record status.

2. The Parties agree that the financial projections and analyses produced by BlackRock in this action as BLACKROCK_NCUA_USB_00000001 through BLACKROCK_NCUA_USB_00000030 are authentic and are business records in accordance with FRE 803(6) of the entity producing such documents; the Parties accordingly waive any objections regarding the authenticity and their qualification as

business-records in accordance with FRE 803(6) of such documents. For the sake of clarity, the Parties reserve the right to object or seek to exclude these documents on any basis other than authenticity and business record status.

3. The information provided herein may be amended upon the agreement of both Parties.

4. The Parties do not waive any rights not specifically identified above.

5. The Parties believe that they have the third-party business records declarations they need for trial. However, in the event that any party identifies additional third-party documents for which the party does not have a business-records declaration, the parties agree to either (i) negotiate in good faith concerning a stipulation with respect to the authenticity and business-record status of such documents; or (ii) allow the other party a reasonable amount of time to obtain a business-records declaration from the applicable third party.

Dated: November 15, 2024

JONES DAY

 /s/ Peter Rocque
Scott K. Attaway
Matthew M. Duffy
Catherine M. Redlingshafer
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
sattaway@kellogghansen.com
mduffy@kellogghansen.com
credlingshafer@kellogghansen.com

George A. Zelcs
KOREIN TILLERY LLC
205 N. Michigan Ave., Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9760
gzelcs@koreintillery.com

Steve Berezney
Michael Klenov
Peter Rocque
KOREIN TILLERY LLC
505 N. Seventh St., Suite 3600
St. Louis, Missouri 63101-1625
Phone: (314) 241-4844

*Attorneys for Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union*

 /s/ Albert J. Rota
David F. Adler
Michael T. Marcucci
100 High Street, 21st Floor
Boston, Massachusetts  02110
(617) 960-3939
dfadler@jonesday.com
mmarcucci@jonesday.com

Louis A. Chaiten
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939
lachaiten@jonesday.com

Albert J. Rota
2727 North Harwood Street
Dallas, Texas 75056
(214) 220-3939
ajrota@jonesday.com

Samuel L. Walling
90 South Seventh Street, Suite 4950
Minneapolis, Minnesota 55402
(612) 217-8800
 swalling@jonesday.com

Bethany K. Biesenthal
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
(312) 269-4303
 bbiesenthal@jonesday.com

*Attorneys for Defendant U.S. Bank National Association*