ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL CREDIT UNION ADMINISTRATION
BOARD and GRAEME W. BUSH,

                Plaintiffs,

    - against -

U.S. BANK NATIONAL ASSOCIATION,

                Defendant.

18 Civ. 11366 (LLS)

ORDER

    Defendant U.S. Bank National Association ("U.S. Bank") requests a pre-motion conference regarding a motion for summary judgment and a motion to strike Christopher Milner's Supplemental Disclosure to his Amended Expert Report. Both parties request a pre-motion conference regarding motions to exclude various expert opinions.

    This Court will not receive further briefing on untimeliness, consequential damages bars, or lack of evidence as bases for summary judgment. Regarding timeliness, the parties and their experts should honor the applicable statute of limitations established in the Court's prior summary judgment opinion. See Nat'l Credit Union Admin. Bd. v. U.S. Bank Nat'l Ass'n, 665 F. Supp. 3d 483 (S.D.N.Y. 2023).

1

Challenges to expert materials should be addressed by Daubert motions, and leave is granted to file such motions without a pre-motion conference. Opening Daubert motions are due 60 days after the entry of this Order. See Scheduling Order ¶ 2 (Dkt. No. 234).

So ordered.

Dated:   New York, New York
         May 14, 2025

                                            *Louis L. Stanton*
                                            LOUIS L. STANTON
                                              U.S.D.J.