July 7, 2025

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/25

**Via ECF**
Honorable Louis L. Stanton
Southern District of New York
U.S. Courthouse, 500 Pearl Street
New York, NY 10007

Re: *National Credit Union Admin. Bd. v. U.S. Bank, N.A.*, No. 18-cv-11366 (S.D.N.Y.)

Dear Judge Stanton:

    The parties in the above-referenced case write jointly, first to clarify the briefing deadlines for *Daubert* motions, and second to request that those briefs be served on the deadlines, but not filed until after briefing is complete, to allow time to prepare any redactions and motions to seal.

    First, the deadline for opening *Daubert* motions is 60 days after the Court's May 14, 2025 Order granting leave to file such motions. ECF 261. That date falls on Sunday, July 13, 2025. The parties have agreed to submit their motions the preceding Friday, July 11, 2025. Pursuant to the Sixth Modified Scheduling Order, opposition briefs will be due 60 days later, so on September 9, 2025, and reply briefs will be due 30 days after opposition briefs, so on October 9, 2025. *See* ECF 234, ¶ 2. The pre-trial order and trial briefs contemplated by the Court's Individual Practices then will be due "two weeks after *Daubert* motions are fully briefed," *id.* ¶ 3, so on October 23, 2025.

    Second, documents that the parties will submit in connection with the *Daubert* motions may contain confidential information subject to the Joint Stipulation and Confidentiality and Protective Order in this case, including the protected personal information of mortgage borrowers. *See* ECF 107. The parties therefore request that they be allowed to serve (but not file) their respective motion papers on the relevant deadlines, and then later file their motion papers on the docket along with any requests to file any materials under seal, on November 6, 2025, four weeks after the *Daubert* motions are fully briefed (and two weeks after the October 23, 2025 deadline for the parties' pretrial submissions). The Court previously granted a similar request regarding summary judgment briefing. *See* ECF 145.

Granted
Louis L.
Stanton
7/9/25

    The parties are available to address any questions or concerns, and we thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Scott K. Attaway*
Scott K. Attaway
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
Counsel for Plaintiff NCUA

/s/ *Michael T. Marcucci*
Michael T. Marcucci
Jones Day
Counsel for Defendant U.S. Bank