October 2, 2025

**VIA ECF**

The Honorable Louis L. Stanton
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY

    Re:    *Nat'l Credit Union Amin. Bd. v. U.S. Bank, N.A.*, No. 18-cv-11366 (S.D.N.Y.)

Dear Judge Stanton:

    The parties write to notify the Court that they have reached an agreement in principle to settle the case.

    The parties request that the Court enter a 30-day stay of their obligation to serve or file any documents under the Court's pre-trial order (including replies to Rule 702 motions due on October 9) pending a definitive, final agreement and filing a stipulation of dismissal.

    We thank the Court for its attention to this matter.

Respectfully submitted,


| s/ *Scott Attaway* | s/ *Michael T. Marcucci* |
|---|---|
| Scott Attaway | Michael T. Marcucci |
| Kellogg Hansen, Todd, Figel & Frederick PLLC | Jones Day |
| Counsel for Plaintiff | Counsel for Defendant |


cc:    Counsel of Record (via ECF)