ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
NATIONAL CREDIT UNION ADMINISTRATION
BOARD et al.,

           Plaintiffs,

           18 Civ. 11366 (LLS)

    - against -

           ORDER

U.S. BANK NATIONAL ASSOCIATION et al.,

           Defendants.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.


Dated: New York, New York
       October 2, 2025

                                 *Louis L. Stanton*
                                  LOUIS L. STANTON
                                     U.S.D.J.